UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WINARD CONSTRUCTION & DEVELOPMENT, INC.<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY HARRINGTON,<br><br>Defendant. | Civil Action No. 04-10915-GAO |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

The parties in the above-captioned matter hereby jointly move to extend the deadline for completing discovery contained in the current Scheduling Order from March 1, 2005 to August 1, 2005. In support of the Joint Motion to Extend Scheduling Order Deadlines, the parties state that while discovery has proceeded promptly thus far, they require additional time to complete discovery and all pre-trial matters. The limited extension as requested will permit the parties to complete all pre-trial matters in an orderly fashion and without prejudice to any party.

With the requested extension, the parties propose the following schedule:

| | |
|---|---|
| Close of all Fact Discovery: | August 1, 2005 |
| Rule 26(a)(2)(B) Expert Disclosures Due | August 15, 2005 |
| Rule 26(a)(2)(C) Expert Disclosures Due | September 15, 2005 |
| Close of Expert Discovery | October 31, 2005 |
| Dispositive Motions Filed | November 30, 2005 |
| Final Pre-Trial Conference | January, 2006 |

{K0298563.1}                                      1

For the foregoing reasons, the parties respectfully request this Court to extend the Scheduling Order consistent with the deadlines set forth above.

Respectfully Submitted,

TIMOTHY HARRINGTON,

By his attorney,

_____
Peter F. Carr, II (BBO #600069)
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110-2600
Telephone: 617.342.6800
Facsimile: 617.342.6899

Respectfully Submitted,

WINARD CONSTRUCTION AND DEVELOPMENT, INC.

By its attorney,

_____
Garry Blank (PFCII)
Garry Blank (BBO # 045330)
Blank and Solomon
11 Beacon Street, Suite 315
Boston, Massachusetts 02108
Telephone: 617.367.5800
Facsimile: 617.367.5820

Dated: March 15, 2005

{K0298563.1}