UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Winard Construction & Development Inc.**

**CIVIL**

**CASE NO.** 04 - 10915

**V.**

**Timothy Harrington**

             **Defendant**

**NOTICE**

  O'Toole      D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for  a  Status Conference  on  Wednesday, NOVEMBER 2, 2005  at  2:00  PM. before Judge    O'Toole    in Courtroom #   9   on the   3rd   floor.

SARAH A. THORNTON,
CLERK OF COURT

June 16, 2005            By:    /s/ Gina Edge
    Date                            Deputy Clerk

**Electronic Notice to:**    Atty. Blank
                             Atty. Carr

(Notice of Hearing.wpd - 3/7/2005)