**ECKERT SEAMANS**

Eckert Seamans Cherin & Mellott, LLC
One International Place
18th Floor
Boston, MA 02110

TEL 617 342 6800
FAX 617 342 6899
www.eckertseamans.com

FILED
IN CLERK'S OFFICE

2006 FEB 17 A 11: 50

DISTRICT COURT
DISTRICT OF MASS.

February 17, 2006

**VIA HAND DELIVERY**

Paul Lyness, Courtroom Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

RE:  **Winard Construction and Development, Inc. v. Timothy Harrington**
     **Civil Action No. 04-10915GAO**

Dear Mr. Lyness:

The parties, through counsel, wish to report to the Court that the above-referenced matter has settled. The parties respectfully request that the court issue a 60 day _nisi_ order, to permit the parties to finalize the settlement documents. The parties expect to file a stipulation of dismissal with prejudice prior to the expiration of the 60 day period. Please advise if you require any additional information.

Thank you in advance for your assistance in this mater.

Very truly yours,

_[signature]_

Peter F. Carr, II

cc:   Garry Blank, Esquire (Via Facsimile and U.S. Mail)

{K0319696.1}
Peter F. Carr, II, Esquire
617.342.6857
pcarr@eckertseamans.com