UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WINARD CONSTRUCTION<br>& DEVELOPMENT, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>TIMOTHY HARRINGTON,<br><br>　　　　Defendant. | Civil Action No. 04-10915-GAO |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Winard Construction and Development, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismisses with prejudice all claims in the above-referenced matter against Defendant Timothy Harrington, without costs and waiving all rights of appeal.

Respectfully submitted,

WINARD CONSTRUCTION AND
DEVELOPMENT, INC.

By its attorney,

_____
Garry N. Blank (BBO #045330)
Blank & Solomon
449 Route 130
Sandwich, Massachusetts 02108
Telephone: 508.888.5900
Facsimile: 508.888.5925

Respectfully submitted,

TIMOTHY HARRINGTON,

By his attorney,

_____
Peter F. Carr, II (BBO #600069)
Eckert Seamans Cherin & Mellott, LLC
One International Place, 18th Floor
Boston, Massachusetts 02110-2600
Telephone: 617.342.6800
Facsimile: 617.342.6899

Dated: March 17, 2006

{K0320117.1}